UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Williams,

Plaintiff,

-against-

Central Brands LLC,

Defendant.

Case No. 1:26-cv-05730 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties were previously ordered to submit a joint letter to the Court informing the Court whether the parties have settled. Dkt. 6. Defendant was served on August 18, 2026. Dkt. 7. The parties joint letter was therefore due by October 2, 2026. *See* Dkt. 6.

The parties are HEREBY ORDERED to submit a joint letter informing the Court whether the parties have settled by **October 23, 2026**. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: October 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge